# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AVILA, | Case No. 1:17-cv-01328-LJO-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO OBTAIN COPY OF ORIGINAL COMPLAINT |
| v. | |
| JERRY BROWN, et al., | (Doc. 19) |
| Defendants. | |

Plaintiff Daniel Avila is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion, filed on June 18, 2018, to obtain one copy of his original complaint. (Doc. 19.) In the motion, Plaintiff contends that prison officials have misplaced or lost his copy of his original complaint in this action, and that he needs a copy to prepare his second amended complaint. (*Id.*)

Although the Court has granted Plaintiff leave to proceed *in forma pauperis*, this generally does not entitle him to free copies of documents from the Court. *E.g., Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959). The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(b).

In this case, Plaintiff's original complaint in this action is a ten-page document. Considering the relatively minimal expense involved and to avoid undue delay in this litigation,

the Court will make a one-time exception here and grant Plaintiff's request.  In the future, copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for a copy of his original complaint, filed on June 18, 2018 (Doc. 19), is granted; and

2. The Clerk of the Court is respectfully directed to make one (1) copy of Plaintiff's complaint in this matter, filed on October 3, 2017 (Doc. 1), and serve it on Plaintiff with this order.

IT IS SO ORDERED.

Dated: **June 19, 2018**                          /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE